# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ROGINA, DAVID L.<br>ROGINA, MAUREEN J.<br>SERVICE, ROGINA APPRAISAL<br>Debtor(s) | § Case No. 10-46460<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/16/2011 in Courtroom 644, United States Courthouse, 219 S. Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/15/2011        By: /s/BRADLEY J. WALLER
                                   Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: ROGINA, DAVID L. | § | Case No. 10-46460 |
| ROGINA, MAUREEN J. | § | |
| SERVICE, ROGINA APPRAISAL | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 26,751.49 |
| *and approved disbursements of* | $ 878.38 |
| *leaving a balance on hand of* [1] | $ 25,873.11 |
| **Balance on hand:** | $ 25,873.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 25,873.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,833.29 | 0.00 | 1,833.29 |
| Trustee, Expenses - BRADLEY J. WALLER | 115.00 | 0.00 | 115.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,948.29 |
| Remaining balance: | $ 23,924.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

       Total to be paid for prior chapter administrative expenses:   $     0.00
       Remaining balance:   $    23,924.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

       Total to be paid for priority claims:   $     0.00
       Remaining balance:   $    23,924.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,774.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 5,039.13 | 0.00 | 5,039.13 |
| 3 | Chase Bank USA, N.A. | 5,735.72 | 0.00 | 5,735.72 |

       Total to be paid for timely general unsecured claims:   $    10,774.85
       Remaining balance:   $    13,149.97

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 13,149.97

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 13,149.97

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $58.01. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 13,091.96.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mjerdine            Page 1 of 1         Date Rcvd: Nov 18, 2010
Case: 10-46460                Form ID: ntcftfc7         Total Noticed: 17

```
The following entities were noticed by first class mail on Nov 20, 2010.
db/jdb     +David L. Rogina,   Maureen J. Rogina,   617 Ridgefield Road,   New Lenox, IL 60451-3339
aty        +John A Reed,   John A Reed Ltd,   63 W Jefferson St   #200,   Joliet, IL 60432-4335
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
16289899   +Bank of Shorewood,   700 W Jefferson Street,   Shorewood, IL 60404-8021
16289901   +CCO Mortgage,   2812 Emerywood Pkwy,   Richmond, VA 23294-3727
16289903   +CitiMortgage,   P.O. Box 9481,   Gaithersburg, MD 20898-9481
16289904   +Cornerstone Services,   800 Black Road,   Joliet, IL 60435-5942
16289905   +First American Bank,   700 Busse Rd,   Elk Grove Vlg, IL 60007-2133
16289906   +First Midwest Bank, N.A.,   P.O. Box 9003,   Gurnee, IL 60031-9003
16289907   +Grundy County Collector,   111 East Washington Street,   Room 33,   Morris, IL 60450-2277
16289908   +Ninovan Lake Estates H/O Assoc,   P.O. Box 414,   Minooka, IL 60447-0414
16289909   +Old Plank Trail Bank,   20012 S Wolf Rd,   Mokena, IL 60448-9953
16289910   +Provena - St Joseph Medical Ctr,   333 N Madison Street,   Joliet, IL 60435-8233
16289912   +Will County Treasurer,   302 N Chicago Street,   Joliet, IL 60432-4059

The following entities were noticed by electronic transmission on Nov 18, 2010.
16289900       EDI: CAPITALONE.COM Nov 18 2010 19:53:00      Capital One Services,   P.O. Box 30285,
                Salt Lake City, UT 84130-0285
16289902       EDI: CHASE.COM Nov 18 2010 19:53:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
16289911       EDI: WTRRNBANK.COM Nov 18 2010 19:53:00      Target Credit Services,   PO Box 59317,
                Minneapolis, MN 55459-0317
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2010                    Signature:   *[signature: Joseph Speetjens]*