**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROGINA, DAVID L. | § | Case No. 10-46460 |
| ROGINA, MAUREEN J. | § | |
| | § | |
| Debtor(s) | § | |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 831,498.00<br>*(Without deducting any secured claims)* | Assets Exempt: 31,965.00 |
| Total Distributions to Claimants: 10,832.86 | Claims Discharged<br>Without Payment: 0.00 |
| Total Expenses of Administration: 2,826.67 | |

3) Total gross receipts of $ 26,751.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 13,091.96 (see **Exhibit 2**), yielded net receipts of $ 13,659.53 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 2,722.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,418.53 | 2,826.67 | 2,826.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 10,832.86 | 10,832.86 | 10,832.86 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 17,973.39 | $ 13,659.53 | $ 13,659.53 |

4) This case was originally filed under chapter 7 on 10/18/2010 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2012 By:/s/BRADLEY J. WALLER

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Cadillac Escalade | 1129-000 | 11,500.00 |
| 2000 Pontiac Firebird | 1129-000 | 1,500.00 |
| 1999 Chevrolet Silverado Truck | 1129-000 | 6,000.00 |
| 2002 Glastron Boat & Trailer | 1129-000 | 7,750.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.49 |
| **TOTAL GROSS RECEIPTS** | | $ 26,751.49 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROGINA, DAVID L. | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 13,091.96 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 13,091.96 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GRUNDY COUNTY COLLECTOR | 4300-000 | NA | 2,722.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 2,722.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | NA | 3,425.15 | 1,833.29 | 1,833.29 |
| BRADLEY J. WALLER | 2200-000 | NA | 115.00 | 115.00 | 115.00 |
| Illinois Department of Natural Reso | 2500-000 | NA | 5.00 | 5.00 | 5.00 |
| Illinois Secretary of State | 2500-000 | NA | 95.00 | 95.00 | 95.00 |
| The Bank of New York Mellon | 2600-000 | NA | 36.25 | 36.25 | 36.25 |
| The Bank of New York Mellon | 2600-000 | NA | 51.86 | 51.86 | 51.86 |
| The Bank of New York Mellon | 2600-000 | NA | -1.29 | -1.29 | -1.29 |
| The Bank of New York Mellon | 2600-000 | NA | 53.32 | 53.32 | 53.32 |
| The Bank of New York Mellon | 2600-000 | NA | 25.00 | 25.00 | 25.00 |
| American Auction Associates, Inc. | 3610-000 | NA | 613.24 | 613.24 | 613.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,418.53 | $ 2,826.67 | $ 2,826.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 5,039.13 | 5,039.13 | 5,039.13 |
| 3 | CHASE BANK USA, N.A. | 7100-000 | NA | 5,735.72 | 5,735.72 | 5,735.72 |
| 2I | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 27.13 |
| 3I | CHASE BANK USA, N.A. | 7990-000 | NA | NA | NA | 30.88 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 10,832.86 | $ 10,832.86 | $ 10,832.86 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-46460 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | ROGINA, DAVID L. | Date Filed (f) or Converted (c): | 10/18/10 (f) |
| | ROGINA, MAUREEN J. | 341(a) Meeting Date: | 11/15/10 |
| For Period Ending: | 02/09/12 | Claims Bar Date: | 02/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' residence located at 617 Ridgefield Roa | 288,900.00 | 0.00 | DA | 0.00 | FA |
| 2. Debtors' rental property at 1808 Yew Court, Joli | 58,900.00 | 0.00 | DA | 0.00 | FA |
| 3. Debtors' rental property at 2524/2526 Live Oak, | 182,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 4 Vacant Lots in Sunset Lakes, Manhattan, Illino | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 2 Vacant Lots in Ninovan Lakes, Minooka, Illinoi | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. Bank account with Harris Bank (personal) | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. Bank account with First Midwest Bank | 65.00 | 0.00 | DA | 0.00 | FA |
| 9. Bank account with Old Plank Trail Community Bank | 30.00 | 0.00 | DA | 0.00 | FA |
| 10. Bank account with Bank of Shorewood | 3.00 | 0.00 | DA | 0.00 | FA |
| 11. Bank account with Harris Bank (Business) | 500.00 | 0.00 | DA | 0.00 | FA |
| 12. Misc Household Goods & Furnishings | 400.00 | 0.00 | DA | 0.00 | FA |
| 13. Misc Books & Pictures | 150.00 | 0.00 | DA | 0.00 | FA |
| 14. Misc Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 15. Misc Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 16. Debtors' IRA | Unknown | 0.00 | DA | 0.00 | FA |
| 17. 2003 Cadillac Escalade | 12,500.00 | 11,500.00 | | 11,500.00 | FA |
| 18. 2002 Chrysler 300M | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 19. 2000 Pontiac Firebird | 2,000.00 | 2,000.00 | | 1,500.00 | FA |
| 20. 1999 Chevrolet Silverado Truck | 6,500.00 | 6,000.00 | | 6,000.00 | FA |
| 21. 1996 Chevrolet Corvette | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 22. 2002 Glastron Boat & Trailer | 8,000.00 | 0.00 | DA | 7,750.00 | FA |
| 23. 2 Computers, fax machine, copy machine, 2 camera | 250.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.49 | FA |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-46460 BB Judge: BRUCE W. BLACK
Case Name: ROGINA, DAVID L.
ROGINA, MAUREEN J.

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 10/18/10 (f)
341(a) Meeting Date: 11/15/10
Claims Bar Date: 02/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $852,498.00 | $19,500.00 | | $26,751.49 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 1---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 2---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 3---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 4---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 5---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 6---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 7---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 8---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 9---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 10---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 11---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 12---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 13---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 14---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 15---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 16---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 17---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 18---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 19---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 20---Orig. Asset Memo: Imported from original petition Doc# 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-46460 BB Judge: BRUCE W. BLACK
Case Name: ROGINA, DAVID L.
ROGINA, MAUREEN J.

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 10/18/10 (f)
341(a) Meeting Date: 11/15/10
Claims Bar Date: 02/18/11

RE PROP# 21---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 22---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 23---Orig. Asset Memo: Imported from original petition Doc# 1

Initial Projected Date of Final Report (TFR): 12/31/11 Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-46460 -BB
Case Name: ROGINA, DAVID L.
ROGINA, MAUREEN J.
Taxpayer ID No: *******3978
For Period Ending: 02/09/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******4665 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/11 | | Harris NA<br>Chicago, IL | Compromise per court order of 01/14/11<br>DEPOSIT CHECK #61421938 | | 19,000.00 | | 19,000.00 |
| | 17 | | Memo Amount: 11,500.00 | 1129-000 | | | |
| | 19 | | Memo Amount: 1,500.00 | 1129-000 | | | |
| | 20 | | Memo Amount: 6,000.00 | 1129-000 | | | |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 19,000.14 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,000.30 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,000.45 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,000.61 |
| 06/02/11 | 001001 | Illinois Department of Natural Resource<br>One Natural Resources Way<br>Springfield, IL 62702-1271 | Duplicate Title Fees - Boat | 2500-000 | | 5.00 | 18,995.61 |
| 06/02/11 | 001002 | Illinois Secretary of State<br>501 S. Second Street<br>Springfield, IL 62756 | Duplicate Title Fee - Trailer | 2500-000 | | 95.00 | 18,900.61 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,900.76 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 18,900.92 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.25 | 18,864.67 |
| 08/15/11 | 22 | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | per court order of 07/22/11<br>DEPOSIT CHECK #4660 | 1129-000 | 7,750.00 | | 26,614.67 |
| 08/26/11 | 001003 | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | per court order of 08/19/2011 | 3610-000 | | 613.24 | 26,001.43 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 26,001.62 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.86 | 25,949.76 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.29 | 25,951.05 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,951.25 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 26,751.31 | 800.06 |

Ver: 16.05c

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-46460 -BB
Case Name: ROGINA, DAVID L.
ROGINA, MAUREEN J.
Taxpayer ID No: *******3978
For Period Ending: 02/09/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******4665 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.32 | 25,897.93 |
| 10/27/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.18 | | 25,898.11 |
| 10/27/11 | | To Acct #*******4666 | | 9999-000 | | 25,898.11 | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 19,000.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 19,000.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 26,751.49 | 26,751.49 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 25,898.11 | |
| Subtotal | 26,751.49 | 853.38 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 26,751.49 | 853.38 | |

| | | |
|---|---|---|
| Page Subtotals | 0.18 | 25,951.43 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-46460 -BB
Case Name: ROGINA, DAVID L.
ROGINA, MAUREEN J.
Taxpayer ID No: *******3978
For Period Ending: 02/09/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******4666 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/11 | | From Acct #*******4665 | | 9999-000 | 25,898.11 | | 25,898.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 25,873.11 |
| 12/16/11 | 000101 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Dividend paid 100.00% on $115.00, Trustee Expenses; Reference: | 2200-000 | | 115.00 | 25,758.11 |
| 12/16/11 | 000102 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Dividend paid 100.00% on $1,833.29, Trustee Compensation; Reference: | 2100-000 | | 1,833.29 | 23,924.82 |
| 12/16/11 | 000103 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Dividend paid 100.00% on $5,039.13; Claim# 2; Filed: $5,039.13; Reference: | 7100-000 | | 5,039.13 | 18,885.69 |
| 12/16/11 | 000104 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Dividend paid 100.00% on $5,735.72; Claim# 3; Filed: $5,735.72; Reference: | 7100-000 | | 5,735.72 | 13,149.97 |
| 12/16/11 | 000105 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Dividend paid 100.00% on $27.13; Claim# 2I; Filed: $27.13; Reference: | 7990-000 | | 27.13 | 13,122.84 |
| 12/16/11 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Dividend paid 100.00% on $30.88; Claim# 3I; Filed: $30.88; Reference: | 7990-000 | | 30.88 | 13,091.96 |
| 12/16/11 | 000107 | ROGINA, DAVID L.<br>617 RIDGEFIELD ROAD<br>NEW LENOX, IL 60451 | Dividend paid 100.00% on $13,091.96; Claim# SURPLUS; Filed: $13,091.96; Reference: | 8200-002 | | 13,091.96 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 25,898.11 | 25,898.11 |

# FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-46460 -BB
Case Name: ROGINA, DAVID L.
ROGINA, MAUREEN J.
Taxpayer ID No: *******3978
For Period Ending: 02/09/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: *******4666 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 25,898.11 | 25,898.11 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 25,898.11 | 0.00 | |
| | | Subtotal | 0.00 | 25,898.11 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 13,091.96 | |
| | | Net | 0.00 | 12,806.15 | |

Page Subtotals 0.00 0.00

Ver: 16.05c

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-46460 -BB
Case Name: ROGINA, DAVID L.
ROGINA, MAUREEN J.
Taxpayer ID No: *******3978
For Period Ending: 02/09/12

Trustee Name: BRADLEY J. WALLER
Bank Name: Congressional Bank
Account Number / CD #: *******3366 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | |
|---|---|
| Total Allocation Receipts: | 19,000.00 |
| Total Allocation Disbursements: | 0.00 |
| Total Memo Allocation Net: | 19,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4665 | 26,751.49 | 853.38 | 0.00 |
| Checking Account - ********4666 | 0.00 | 12,806.15 | 0.00 |
| Checking Account - ********3366 | 0.00 | 0.00 | 0.00 |
| | 26,751.49 | 13,659.53 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |